United States District Court
Southern District of Texas
FILED
JAN 20 2006
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
JAN 20 2006  BM
Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CASE NO. L-05-CR-2634 |
| Luis Robert Martinez | § § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on January 10, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 20 day of January, 2006.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE